MISSOURI HEALTH FACILITIES REVIEW COMMITTEE, Plaintiff-Appellant,

Excepticon Midwest, Inc., Intervenor-Appellant,

v.

ADMINISTRATIVE HEARING COMMISSION OF MISSOURI and Charter Medical Corporation, Respondents.

No. 66347.

Supreme Court of Missouri, En Banc.

Feb. 26, 1985.

As Modified April 2, 1985.

Rehearing Denied April 2, 1985.

John Ashcroft, Atty. Gen., Louren Wood, Asst. Atty. Gen., Jefferson City, for plaintiff-appellant.

Dennis E. Egan, Joseph W. Medved, Kansas City, for intervenor-appellant.

Jerry W. Venters, Roger K. Toppins, Richard S. Brownlee, III, Jefferson City, for respondents.

Truman K. Eldridge, Jr., Charles F. Myers, Kansas City, for amicus curiae North Kansas City Memorial Hosp.

John C. Hannegan, Tracy Mathis, St. Charles, for St. Anthony's Medical Center.

ORDER

PER CURIAM.

The Court, being of the opinion that the issue herein is now moot, orders the judgment of the circuit court and the ruling of the Administrative Hearing Commission vacated.

RENDLEN, C.J., WELLIVER, HIGGINS, GUNN, BILLINGS and BLACKMAR, JJ., and HOUSER, Sr. J., concur.

DONNELLY, J., not sitting.